UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>RAYVON DARNELL PETERSON,<br><br>              Defendant. | CASE NO. CR23-90-JHC<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with wire fraud and money laundering. Defendant has numerous citations and convictions mainly for traffic violations. Warrants for his arrest were issued twice for failing to appear. At the time he initially appeared, he had pending arrest warrant in the State of Florida for a traffic violation, and a pending warrant for his arrest in Nevada for possession of a firearm by a prohibited person. He also has a pending warrant issued by the Kent Municipal Court and another warrant issued in Thurston County, Washington. Defendant stipulated to detention. The Court grants Defendant to reopen if Defendant decides to do so.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 20th day of June, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2